## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11064 |
| | : | |
| INNOVATIVE TRANSPORT SERVICES LLC | : | SECTION "B" |
| | : | |
| DEBTOR | : | CHAPTER 7 |

### MOTION TO SELL

NOW INTO COURT, through undersigned counsel, comes Barbara Rivera-Fulton, trustee of the captioned estate ("Trustee"), who respectfully represents:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 25, 2018.

2. Trustee is the duly appointed trustee of the bankruptcy estate of the above-named Debtor and is now acting as such trustee.

3. This Court has jurisdiction over this case under 28 U.S.C.§ 1334 and this matter is a core proceeding under, without limitation, 28 U.S.C. § 157(b)(2)(A) and (N). Venue of this case and this motion is proper in this district under 28 U.S.C. §1408 and 1409. The statutory predicate for the relief sought herein is §§105 and 363 of the Bankruptcy Code, as complimented by Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

4. Property of the estate currently includes the following trucks and trailers (collectively hereinafter the "Property"):

    a. One 53' trailers;

    b. 2007 FRHT Columbia Tractor ending in VIN 6301;

    c. 2006 Volvo Tractor ending in VIN 9184 (Salvage title);

    d. 2006 Volvo Tractor ending in VIN 9235; and

   e. 2006 Volvo Tractor ending in VIN 9464.

5. Debtor's principal Troy Hueschen ("Buyer"), has offered to buy the property back from the estate for a purchase price of $10,800 payable over six (6) payments of $1,800 to be made as follows: (i) the first payment will be submitted prior to the hearing date on this motion and (ii) the remaining payments will be made monthly.

6. Mr. Troy Hueschen has agreed to keep the Property insured and to provide the Trustee with proof of such insurance during the period in which the above-referenced payments are being made.

7. The Trustee believes that the offer is reasonable, and that the sale of the Property to the Buyer on the terms and conditions set forth herein is in the best interests of the estate. The Trustee had the Property inspected by Bradley Mutz, a certified MAI appraiser, and Mr. Mutz provided the Trustee with his opinion of value as to each item of the Property being sold. The price agreed upon by the parties herein is in line with Mr. Mutz's assessment.

8. As stated above, the Trustee retained Bradley Mutz, a certified MAI appraiser, to inspect the Property and provide the Trustee with his opinion of value as to each of the trucks and trailers sought to be sold to Buyer. Mr. Mutz has performed this task, and the Trustee seeks to pay Mr. Mutz $250 for his services in assisting the Trustee.

WHEREFORE, the Trustee prays that (i) the Court authorize the sale of the Property to Buyer on the terms and conditions set forth herein and (ii) for such other and further relief as is just.

Respectfully submitted,

CHAFFE McCALL, LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075


By: */s/ Fernand L. Laudumiey, IV*
    David J. Messina, #18341
    Fernand L. Laudumiey, IV, #24518
Attorneys for Barbara Rivera-Fulton Trustee